UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 18-41452-705 |
| Andrew R. Whelchel, | Chapter 7 |
| Debtor. | |
| Carrington Mortgage Services, LLC, its assignees and/or successors in interest, | Hearing Date:   June 5, 2018<br>Hearing Time:   9:30 a.m.<br>**MTN #14** |
| Movant. | |
| v. | **ORDER TO LIFT STAY** |
| Andrew R. Whelchel;<br>Tracy A. Brown, Trustee, | |
| Respondents. | |

Movant, Carrington Mortgage Services, LLC, its assignees and/or successors in interest, having commenced a motion seeking the termination of the automatic stay with regard to certain real estate generally described as **313 Kronos Dr., De Soto, MO 63020-4661**, and it appearing that Movant is entitled to the relief requested in the Motion, it is hereby:

ORDERED that said Motion be and it is hereby GRANTED in that Movant is hereby authorized to foreclose its deed of trust pursuant to the terms of said Deed of Trust and applicable nonbankruptcy law, and to take all necessary action to obtain possession of property and for such purposes the stays of 11 U.S.C. §362 are hereby terminated.

ORDERED that entry of this order shall be deemed to constitute relief from the Stay by the Chapter 7 Trustee.

ORDERED that, in addition to foreclosure, this Relief Order permits activity necessary to obtain possession of said collateral; therefore, all communications sent by Movant in connection

with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor.

DATED: June 26, 2018  
St. Louis, Missouri 63102  
mtc

CHARLES E. RENDLEN, III  
U.S. Bankruptcy Judge

Order Prepared by:

John P. Miller  
Retained Counsel

Copies mailed to:

Andrew R. Whelchel  
5300 Jeanette Drive  
Apt 3  
Imperial, MO 63052  
Debtor

Erik Matthew Papke  
Kramer Hand Buchholz & Partney LLC  
3488 Jeffco Blvd.  
Suite 101  
Arnold, MO 63010  
Attorney for Debtor

Tracy A. Brown  
1034 S. Brentwood Blvd., Ste. 1830  
St. Louis, MO 63117  
Chapter 7 Trustee

John P. Miller  
Dunn & Miller, PC  
13321 North Outer Forty Road, Ste. 100  
St. Louis, MO 63017  
Attorney for Movant

United States Trustee  
U.S. Courthouse  
111 South 10th Street, #6.353  
St. Louis, MO 63102